IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00061-LTB-CBS

REGINALD TERRANCE BROWN,

    Plaintiff,

v.

CAPTAIN JOHN WATTS, in his individual and official capacity at the Sterling Correctional Facility,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Prisoner Complaint (doc. # 3). Pursuant to the Order of Reference dated February 22, 2008 (doc. # 8), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On January 11, 2008, the court granted Plaintiff Brown leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendant. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Prisoner Complaint and summons upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process on him, Defendant shall respond to the Prisoner Complaint (doc. # 3) as provided for in the Federal Rules of

FILED
UNITED STATES DISTRICT COURT
  R, COLORADO

FEB 2 5 2008

GREGORY C. LANGHAM
                CLERK

Civil Procedure.

Dated at Denver, Colorado this 22nd day of February, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00061-LTB-CBS

Reginald Terrance Brown
Prisoner No. 121290
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Captain John Watts - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Captain John Watts; and to John Suthers; COMPLAINT FILED 1/11/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/25/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk