IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 08-cv-00061-LTB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: June 18, 2008 | Courtroom Deputy: Ben Van Dyke |

REGINALD TERRANCE BROWN,                  *Pro se*

    **Plaintiff,**

v.

JOHN WATTS,                                       Edward T. Farry, Jr.

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**     **PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:**     10:02 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

**ORDERED:**     The oral motions to withdraw the Motion for Preliminary Injunction [filed April 9, 2008; doc. 19] and the Motion for Permanent Injunction [filed March 19, 2008; doc. 14] are granted. The motions (docs. 14 and 19) are hereby withdrawn without prejudice.

**ORDERED:**     Status Conference set for July 21, 2008 at 9:15 a.m.

HEARING CONCLUDED.
**Court in recess:**     10:18 a.m.
Total time in court:     00:16