IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-00061-LTB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 27, 2009 | Courtroom Deputy: Kathleen Finney |

| | |
|---|---|
| REGINALD TERRANCE BROWN, #121290, | Pro Se (telephone) |
| Plaintiff, | |
| v. | |
| JOHN WATTS, | Edward T. Farry, Jr. |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 2:09 p.m.**
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; In Court appearance of defense counsel.

Motions Hearing is scheduled regarding Plaintiff's Motion to Compel [Doc. # 41, filed 3/30/2009] and Defendant's Motion for Summary Judgment [Doc. # 42, filed 3/31/2009].

**It is ORDERED:**   Plaintiff's Motion to Compel [Doc. # 41] is **GRANTED IN PART, DENIED IN PART. GRANTED** as to Issues # 1, 2, and 3. **DENIED** as to Issues # 4 and 5.

**It is ORDERED:**   Defendant shall provide to Plaintiff Brown a copy of the portions of his DOC file relating to the incident in question concerning Prisoners Scott and Gutierrez; copies of his medical and mental health file corresponding to all entries from the date of the incident to the present; and copies of disposition or notice of charges against Prisoners Scott and Gutierrez, **on or before MAY 8, 2009** or alternatively, file a Status Report to the Court.

**It is ORDERED:**   All further briefing is **STAYED** as to Defendant's Motion for Summary Judgment [Doc. # 42].

**It is ORDERED:**   **Within 10 days** of Plaintiff's receipt of the documents from the Motion to Compel, Plaintiff shall file a Supplemental Response to Defendant's Motion for Summary Judgment [Doc. # 42]. **Within 15 days** of the Supplemental Response, Defendant may file the Reply.

HEARING CONCLUDED.

**Court in recess: 3:32 p.m.**
Total In-Court Time:   00:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.