IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00061-LTB-CBS

REGINALD TERRANCE BROWN,
    Plaintiff,
v.

CAPTAIN JOHN WATTS, in his individual and official capacity at the Sterling Correctional Facility,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Brown's letter (filed May 22, 2009) (doc. # 55) and Defendant's Response (filed May 26, 2009) (doc. # 56). Pursuant to the Order of Reference dated February 22, 2008 (doc. # 8) this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." The court has reviewed Mr. Brown's letter, Defendant's Response, and the entire case file, and is sufficiently advised in the premises.

    Pursuant to the court's order on April 27, 2009 (*see* Courtroom Minutes/Minute Order (doc. # 52)) and based on Defendant's representation that the documents were re-mailed to Mr. Brown on May 26, 2009,

    IT IS ORDERED that:

    1.    **Mr. Brown shall file his supplemental response to Defendant's Motion for Summary Judgment (doc. # 42) on or before June 10, 2009. No further extensions will be permitted.**

    2.    Defendant may file a reply within 15 days after Mr. Brown's supplemental response is filed with the court.

DATED at Denver, Colorado, this 26th day of May, 2009.

BY THE COURT:


    s/Craig B. Shaffer    
United States Magistrate Judge