IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00061-LTB-CBS

REGINALD TERRANCE BROWN,
    Plaintiff,
v.

CAPTAIN JOHN WATTS, in his individual and official capacity at the Sterling Correctional Facility,
    Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Brown's "Motion to Proceed to Trial" (filed June 16, 2009) (doc. # 59).  Pursuant to the Order of Reference dated February 22, 2008 (doc. # 8) and the memorandum dated June 17, 2009 (doc. # 60), this matter was referred to the Magistrate Judge.  On May 26, 2009, the court ordered Mr. Brown to file his supplemental response to Defendant Watts' Motion for Summary Judgment (doc. # 42) on or before June 10, 2009.  (*See* Order (doc. # 57)).  In his "Motion" filed on June 16, 2009, Mr. Brown "asks the Court to rule in his favor on the Motion to Dismiss and in support of Plaintiff['s] claims."  The court having reviewed Mr. Brown's "Motion to Proceed to Trial" and the entire court file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Mr. Brown's "Motion to Proceed to Trial" (filed June 16, 2009) (doc. # 59) shall be denied as a motion and treated as his supplemental response to Defendant Watts' Motion for Summary Judgment (doc. # 42).

    2.    Defendant Watts' Motion for Summary Judgment (doc. # 42) is now fully briefed and the court will issue a Recommendation as promptly as possible.

DATED at Denver, Colorado, this 12th day of August, 2009.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge