**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-00061-LTB-CBS

REGINALD TERRANCE BROWN,

      Plaintiff,

v.

CAPTAIN JOHN WATTS, in his individual and official capacity at the Sterling Correctional Facility,

      Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on August 28, 2009 (Doc 64).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Defendant Watts' Motion for Summary Judgment (Doc 42) is GRANTED and this action is DISMISSED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   September 21, 2009